UNITED STATES of America, Appellee,

v.

Rogelio BASULTO–CAMPOS, Appellant.

No. 99–4327.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 5, 2001.

Decided Feb. 7, 2001.

Before MCMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Rogelio Basulto–Campos conditionally pleaded guilty to illegally reentering the United States after he had been convicted of an aggravated felony and deported. On appeal, we have reviewed the parties' stip-

ulated facts and conclude the district court did not abuse its discretion in excluding certain evidence and in refusing to give a related jury instruction. We also reject the arguments raised in Basulto–Campos's pro se brief. Accordingly, we affirm. See 8th Cir. R. 47B.